## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re: | § | Case No. 14-05553-LA7 |
| | § | |
| RENO WILSON, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Leonard J. Ackerman, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $467,146.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $1,221,540.49 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $554,407.09 | | |

3)      Total gross receipts of $1,975,947.58  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $200,000.00 (see **Exhibit 2),** yielded net receipts of $1,775,947.58 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $554,507.09 | $554,407.09 | $554,407.09 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $461,544.39 | $153,558.79 | $153,558.79 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $13,036,947.06 | $1,067,981.70 | $1,067,981.70 |
| **Total Disbursements** | $0.00 | $14,052,998.54 | $1,775,947.58 | $1,775,947.58 |

4). This case was originally filed under chapter 7 on 07/11/2014. The case was pending for 30 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/06/2017                         By:    /s/ Leonard J. Ackerman
                                                            Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

### EXHIBITS TO
### FINAL ACCOUNT

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Accounts Recieveable Various (see AR list) Location: In debtor's possession | 1121-000 | $4,177.49 |
| Bank Accounts Union Bank: Checking; 4745; ~$1,000.00 Union Bank; Money Man; 7650; $0.00 US Bank; Checking; 9042; $800.00 | 1129-000 | $21,318.94 |
| U.S. Trademarks (Pending and Registered) No.s: 75277955; 77020758; 77036708; 77048331; 73787578; 85111712; 85938970 Reg# | 1180-000 | $1,950,000.00 |
| 2014 STATE TAX REFUND | 1224-000 | $50.15 |
| Office Equipment Desks, Chairs, Phones, Computers, Monitors, Printers, Filling Cabinets Location: In debtor's possession | 1229-000 | $401.00 |
| **TOTAL GROSS RECEIPTS** | | $1,975,947.58 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| FORGED THREADWORKS, INC. | Funds to Third Parties | 8500-002 | $100,000.00 |
| REVISION MILITARY LTD | Funds to Third Parties | 8500-002 | $100,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $200,000.00 |

**EXHIBIT 3 – SECURED CLAIMS**
NONE

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Leonard J. Ackerman, Trustee | 2100-000 | NA | $76,528.43 | $76,528.43 | $76,528.43 |
| Leonard J. Ackerman, Trustee | 2200-000 | NA | $150.25 | $50.25 | $50.25 |
| International Sureties, LTD | 2300-000 | NA | $3,436.16 | $3,436.16 | $3,436.16 |
| Ryderz Compound, Inc. | 2410-000 | NA | $28,808.46 | $28,808.46 | $28,808.46 |
| Trustee Insurance Agency | 2420-750 | NA | $2,420.00 | $2,420.00 | $2,420.00 |

| | | | | | |
|---|---|---|---|---|---|
| Law Office of Daniel S. Levinson, APC | 2500-000 | NA | $20,000.00 | $20,000.00 | $20,000.00 |
| Integrity Bank | 2600-000 | NA | $47,409.82 | $47,409.82 | $47,409.82 |
| Board of Equalization | 2820-000 | NA | $401.00 | $401.00 | $401.00 |
| Franchise  Tax Board | 2820-000 | NA | $1,600.00 | $1,600.00 | $1,600.00 |
| WHISPER INVESTMENTS, LLC | 2990-000 | NA | $75,000.00 | $75,000.00 | $75,000.00 |
| Foley & Ladner, LLP (Fees) , Attorney for Trustee | 3210-000 | NA | $238,848.50 | $238,848.50 | $238,848.50 |
| Foley & Lardner LLP (Expenses) , Attorney for Trustee | 3220-000 | NA | $4,103.10 | $4,103.10 | $4,103.10 |
| R. Dean  Johnson , Accountant for Trustee | 3410-000 | NA | $1,000.00 | $1,000.00 | $1,000.00 |
| R. Dean Johnson (Fees) , Accountant for Trustee | 3410-000 | NA | $17,820.00 | $17,820.00 | $17,820.00 |
| R. Dean Johnson (Expenses) , Accountant for Trustee | 3420-000 | NA | $681.37 | $681.37 | $681.37 |
| Fischer Auction Co., Inc., Auctioneer for Trustee | 3610-000 | NA | $6,300.00 | $6,300.00 | $6,300.00 |
| Fischer Auction Co. Inc., Appraiser for Trustee | 3711-000 | NA | $30,000.00 | $30,000.00 | $30,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $554,507.09 | $554,407.09 | $554,407.09 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | AJLE4, LLC | 5800-000 | $0.00 | $1,173.60 | $1,173.60 | $1,173.60 |
| 9P | Mike Di Anna | 5300-000 | $0.00 | $150,000.00 | $100,403.46 | $100,403.46 |
| 9PFW | Internal Revenue Service | 5800-000 | $0.00 | $150,000.00 | $31,277.31 | $31,277.31 |
| 9PSW | State of California-EDD | 5800-000 | $0.00 | $150,000.00 | $10,333.63 | $10,333.63 |
| 11 | FRANCHISE TAX BOARD | 5800-000 | $0.00 | $17.07 | $17.07 | $17.07 |
| 28 | Internal Revenue | 5800-000 | $0.00 | $345.51 | $345.51 | $345.51 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Service | | | | | |
| | INTERNAL REVENUE SERVICE-EMPLYR TX | 5800-000 | $0.00 | $9,406.21 | $9,406.21 | $9,406.21 |
| | INTERNAL REVENUE SERVICE-FUTA | 5800-000 | $0.00 | $168.00 | $168.00 | $168.00 |
| | STATE OF CALIFORNIA-EDD | 5800-000 | $0.00 | $434.00 | $434.00 | $434.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $461,544.39 | $153,558.79 | $153,558.79 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Leetwo Metals, Inc | 7100-000 | $0.00 | $185,000.00 | $0.00 | $0.00 |
| 3 | Ingrid Meno | 7100-000 | $0.00 | $200,000.00 | $0.00 | $0.00 |
| 4 | RYDERZ COMPOUND, INC. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | John and Christina Ek Family Trust | 7100-000 | $0.00 | $271,931.00 | $271,931.00 | $271,931.00 |
| 6 | MOTO GROUP | 7100-000 | $0.00 | $6,353.35 | $4,444.15 | $4,444.15 |
| 7 | Matthew J. Mellos | 7100-000 | $0.00 | $75,000.00 | $0.00 | $0.00 |
| 8 | James Di Anna | 7100-000 | $0.00 | $25,000.00 | $25,000.00 | $25,000.00 |
| 9U | Mike Di Anna (Reimbursement) | 7100-000 | $0.00 | $150,000.00 | $7,985.60 | $7,985.60 |
| 10 | Voyager Imports LLC | 7100-000 | $0.00 | $6,605.56 | $6,605.56 | $6,605.56 |
| 11U | FRANCHISE TAX BOARD | 7100-000 | $0.00 | $250.00 | $250.00 | $250.00 |
| 12 | George Moulios | 7100-000 | $0.00 | $75,000.00 | $75,000.00 | $75,000.00 |
| 13 | Daniel Fefferman | 7100-000 | $0.00 | $7,065.72 | $7,065.72 | $7,065.72 |
| 14 | MOTO GROUP | 7100-000 | $0.00 | $19,616.82 | $18,880.03 | $18,880.03 |
| 15 | DFASS&#092;Retail Travel Services, Inc. a Florida Corpo | 7100-000 | $0.00 | $145,135.90 | $0.00 | $0.00 |
| 16 | Moto Group | 7100-000 | $0.00 | $209,297.70 | $206,052.38 | $206,052.38 |
| 17 | C&H West Merchandising, Inc. | 7400-000 | $0.00 | $1,000,000.00 | $237,445.77 | $237,445.77 |
| 18 | Barry Fefferman | 7100-000 | $0.00 | $14,970.00 | $14,970.00 | $14,970.00 |
| 19 | Pacific Vector | 7100-000 | $0.00 | $6,980,078.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Holdings Inc | | | | | |
| 20 | Nancy Wolf, Trustee on behalf of BK Estate of PVH- | 7100-000 | $0.00 | $140,724.00 | $70,000.00 | $70,000.00 |
| 21 | Dan Kloiber | 7400-000 | $0.00 | $400,000.00 | $59,361.45 | $59,361.45 |
| 22 | Kloiber Holdings, Inc. | 7400-000 | $0.00 | $3,000,000.00 | $59,361.45 | $59,361.45 |
| 23 | LA Giardiniera SRL | 7100-000 | $0.00 | $2,908.98 | $3,628.59 | $3,628.59 |
| 24 | Stradling Yocca Carlson & Rauth, P.C. | 7100-000 | $0.00 | $31,306.00 | $0.00 | $0.00 |
| 25 | DNA, LLC | 7100-000 | $0.00 | $31,306.00 | $0.00 | $0.00 |
| 26 | The Coopersmith Law Firm | 7100-000 | $0.00 | $1,359.34 | $0.00 | $0.00 |
| 27 | 1976 LLC dba Hoven Vision | 7200-000 | $0.00 | $58,038.69 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $13,036,947.06 | $1,067,981.70 | $1,067,981.70 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:  1          Exhibit 8

| | | |
|---|---|---|
| **Case No.:** | 14-05553-LA7 | |
| **Case Name:** | RENO WILSON, INC. | |
| **For the Period Ending:** | 1/6/2017 | |

| | |
|---|---|
| **Trustee Name:** | Leonard J. Ackerman |
| **Date Filed (f) or Converted (c):** | 07/11/2014 (f) |
| **§341(a) Meeting Date:** | 08/26/2014 |
| **Claims Bar Date:** | 11/17/2014 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | Bank Accounts Union Bank: Checking; 4745; ~$1,000.00 Union Bank; Money Man; 7650; $0.00 US Bank; Checking; 9042; $800.00 Bank of America; Checking; 9242; $1,000.00 Location: In debtor's possession | $2,800.00 | $2,800.00 | | $21,318.94 | FA |
| 2 | Accounts Recieveable Various (see AR list) Location: In debtor's possession | $250,984.25 | $250,984.25 | | $4,177.49 | FA |
| 3 | Intelectual Property, U.S. Patent Numbers; D392307; D383478; D377803; D382291; 5583583 & D534942 Location: In debtor's possession | $250,000.00 | $250,000.00 | | $0.00 | FA |
| **Asset Notes:** | SOLD AS OVERAL PART OF THE COMPANY | | | | | |
| 4 | U.S. Trademarks (Pending and Registered) No.s: 75277955; 77020758; 77036708; 77048331; 73787578; 85111712; 85938970 Reg#; 936443; 2129815; 1570148; 1570137 Location: In debtor's possession | $250,000.00 | $250,000.00 | | $1,950,000.00 | FA |
| 5 | Office Equipment Desks, Chairs, Phones, Computers, Monitors, Printers, Filling Cabinets Location: In debtor's possession | $25,000.00 | $25,000.00 | | $401.00 | FA |
| 6 | Inventory Sunglasses, Display Cases, Lenses, Packaging,.... Location: In debtor's possession | $217,146.00 | $217,146.00 | | $0.00 | FA |
| **Asset Notes:** | SOLD AS PART OF SALE OF COMPANY | | | | | |
| 7 | 2014 STATE TAX REFUND  (u) | $50.15 | $50.15 | | $50.15 | FA |

| | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | $995,980.40 | $995,980.40 | $1,975,947.58 | $0.00 |

**Major Activities affecting case closing:**

07/26/2016      Filed NFR

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:    2        Exhibit 8

| Case No.: | 14-05553-LA7 | | Trustee Name: | Leonard J. Ackerman |
| Case Name: | RENO WILSON, INC. | | Date Filed (f) or Converted (c): | 07/11/2014 (f) |
| For the Period Ending: | 1/6/2017 | | §341(a) Meeting Date: | 08/26/2014 |
| | | | Claims Bar Date: | 11/17/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| 07/26/2016 | Submit Order re NFR |
| 06/24/2016 | Submitted TFR/NFR To UST |
| 03/17/2016 | Waiting on Dean Kirby (Represents Nancy Wolf) to file Motion to Approve PVH-DNA Claim. |
| 11/27/2015 | STILL SETTLING CLAIMS. |
| 10/21/2015 | VERIFY AND PRINT CHECK FOR FOLEY LLP |
| 07/17/2015 | Pending resolution from objection to claims no. 9, 17, 19, 21 and 22 |
| 07/08/2015 | Filed NOIA (Doc. No. 135) RE: TAX PAYMENTS - MIN TAX |
| 03/31/2015 | CLAIMS FILED FOR DEBTS THAT APPEAR TO BELONG TO CANADIAN PARENT COMPANY. DISCUSSED OBJECTIONS AND HOW TO RESOLVE WITH COUNSEL. |
| 02/20/2015 | Counsel to Object to Claims |
| 11/24/2014 | READY FOR FINAL FEE APPLICATION. AWAIT FOR COUNSEL TO FILE THEIR FINAL FEE APP. |
| 11/24/2014 | FOLEY TO OBJECT TO CLAIMS |

Initial Projected Date Of Final Report (TFR):      12/31/2016        Current Projected Date Of Final Report (TFR):

/s/ LEONARD J. ACKERMAN

LEONARD J. ACKERMAN

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 14-05553-LA7 | |
| Case Name: | RENO WILSON, INC. | |
| Primary Taxpayer ID #: | **-***5991 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 7/11/2014 | |
| For Period Ending: | 1/6/2017 | |

| | |
|---|---|
| Trustee Name: | Leonard J. Ackerman |
| Bank Name: | Integrity Bank |
| Checking Acct #: | ******5553 |
| Account Title: | |
| Blanket bond (per case limit): | $6,500,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 08/14/2014 | (2) | Nancy Wolf, Trustee | TURNOVER FUNDS RECOVERED BY PRIOR TRUSTEE | 1121-000 | $4,177.49 | | $4,177.49 |
| 08/21/2014 | 1001 | Trustee Insurance Agency | Insurance for Gatorz Sunglasses and Display Cases being stored at 1905 Aston Avenue, #101, San Diego, CA 92008 | 2420-750 | | $2,420.00 | $1,757.49 |
| 08/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2.41 | $1,755.08 |
| 09/18/2014 | (1) | UNION BANK | CASHIER'S CHECK FOR MONEY IN BANK ACCOUNT | 1129-000 | $21,318.94 | | $23,074.02 |
| 09/18/2014 | (1) | UNION BANK | MONEY IN BANK ACCOUNT, LISTED ON SCHEDULES. | 1129-000 | $21,318.94 | | $44,392.96 |
| 09/18/2014 | (1) | UNION BANK | CASHIER'S CHECK FOR MONEY IN BANK ACCOUNT | 1129-000 | ($21,318.94) | | $23,074.02 |
| 09/24/2014 | (4) | BriXun - Wells Fargo Cashiers Check | DEPOSIT FOR AUCTION TO ULTIMATE WINNER OF AUCTION BRIXUN - OPTICAL VENTURES INC | 1180-000 | $100,000.00 | | $123,074.02 |
| 09/25/2014 | (4) | FORGED THREADWORKS, INC | DEPOSIT FOR AUCTION. WIRE DATE - 9-15-14. | 1180-002 | $100,000.00 | | $223,074.02 |
| 09/25/2014 | (4) | OPTICAL VENTURES, LLC | PURCHASE PRICE FOR TRADEMARKS, INTELLECTUAL PROPERTY, INVENTORY, AND ALL OTHER ASSETS OTHER THAN CASH AND BANK ACCOUNTS. WIRE DATE: 9/24/14 | 1180-000 | $1,650,000.00 | | $1,873,074.02 |
| 09/25/2014 | (4) | REVISION MILITARY LIMITED | WIRED INTO ACCOUNT ON 9/12/14. FUNDS ARE DEPOSIT FOR AUCTION | 1180-002 | $100,000.00 | | $1,973,074.02 |
| 09/26/2014 | | REVISION MILITARY LTD | 9/23/14 RETURN OF AUCTION DEPOSIT | 8500-002 | | $100,000.00 | $1,873,074.02 |
| 09/26/2014 | | WHISPER INVESTMENTS, LLC | 9/26/14 - BREAKUP FEE AND EXPENSE REIMBURSEMENT TO STALKING HORSE | 2990-000 | | $75,000.00 | $1,798,074.02 |
| 09/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $756.76 | $1,797,317.26 |
| 10/03/2014 | | FORGED THREADWORKS, INC. | FUNDS WERE WIRED OUT 10/2/14 TO FORGED THREADWORKS, INC. FOR RETURN OF AUCTION DEPOSIT. | 8500-002 | | $100,000.00 | $1,697,317.26 |
| 10/03/2014 | 1002 | Law Office of Daniel S. Levinson, APC | PAYMENT FOR 14 DOMAIN NAMES - DIANNA HAD NAMES REGISTERED IN HIS NAME PERSONALLY | 2500-000 | | $20,000.00 | $1,677,317.26 |
| 10/17/2014 | 1003 | Board of Equalization | 3rd Quarter 2014 - #97 803874 - SALES TAX | 2820-000 | | $401.00 | $1,676,916.26 |
| 10/20/2014 | 1004 | International Sureties, LTD | Bond #016025040 Chapter 7 Blanket Bond California- Southern Dist.- San Diego | 2300-000 | | $191.73 | $1,676,724.53 |

| | | | | SUBTOTALS | $1,975,496.43 | $298,771.90 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-05553-LA7 | Trustee Name: | Leonard J. Ackerman |
|---|---|---|---|
| Case Name: | RENO WILSON, INC. | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***5991 | Checking Acct #: | ******5553 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 7/11/2014 | Blanket bond (per case limit): | $6,500,000.00 |
| For Period Ending: | 1/6/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 10/24/2014 | (5) | Brixun Corporation | Sales Tax Return | 1229-000 | $401.00 | | $1,677,125.53 |
| 10/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2,716.72 | $1,674,408.81 |
| 11/24/2014 | 1005 | International Sureties, LTD | Bond Payment | 2300-000 | | $2,526.65 | $1,671,882.16 |
| 11/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2,613.59 | $1,669,268.57 |
| 12/19/2014 | 1006 | FOLEY & LARDNER LLP | Order entered 12/18/14 approving fees $121,989.00 and costs $3439.09 | * | | $125,428.09 | $1,543,840.48 |
| | | | Attorneys for Chapter 7 Trustee $(121,989.00) | 3210-000 | | | $1,543,840.48 |
| | | | Attorneys for Chapter 7 Trustee $(3,439.09) | 3220-000 | | | $1,543,840.48 |
| 12/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2,693.34 | $1,541,147.14 |
| 12/31/2014 | 1007 | Ryderz Compound, Inc. | DKT#83 $22,085.19 THRU 9-13-14, $6723.27 THRU 9-30-14 | 2410-000 | | $28,808.46 | $1,512,338.68 |
| 01/02/2015 | 1008 | Fischer Auction Co. Inc. | BK COURT Docket #103 | 3711-000 | | $30,000.00 | $1,482,338.68 |
| 01/02/2015 | 1009 | Fischer Auction Co., Inc. | BK COURT DOCKET #103 | 3610-000 | | $6,300.00 | $1,476,038.68 |
| 01/08/2015 | 1006 | VOID: FOLEY & LARDNER LLP | CHECK VOIDED - ATTORNEYS DID NOT RECEIVE!! LJA | * | | ($125,428.09) | $1,601,466.77 |
| | | | Attorneys for Chapter 7 Trustee $121,989.00 | 3210-003 | | | $1,601,466.77 |
| | | | Attorneys for Chapter 7 Trustee $3,439.09 | 3220-003 | | | $1,601,466.77 |
| 01/08/2015 | 1010 | FOLEY & LARDNER LLP | Order entered 12/18/14 approving fees $121,989.00 and costs $3439.09 | * | | $125,428.09 | $1,476,038.68 |
| | | | Foley & Lardner LLP, Attorneys for Chapter 7 Trustee $(121,989.00) | 3210-000 | | | $1,476,038.68 |
| | | | Foley & Lardner LLP, Attorneys for Chapter 7 TrusteeAttorneys for Chapter 7 Trustee $(3,439.09) | 3220-000 | | | $1,476,038.68 |
| 01/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2,476.00 | $1,473,562.68 |
| 02/09/2015 | 1011 | Franchise  Tax Board | Reference "12/2015 100-ES CA# 2039232" | 2820-000 | | $800.00 | $1,472,762.68 |
| 02/28/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2,146.34 | $1,470,616.34 |
| 03/02/2015 | (7) | State of California Controller | 2014 State Refund | 1224-000 | $50.15 | | $1,470,666.49 |
| 03/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2,372.08 | $1,468,294.41 |
| 04/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2,291.87 | $1,466,002.54 |
| 05/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2,364.56 | $1,463,637.98 |
| 06/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2,284.59 | $1,461,353.39 |
| 07/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2,281.03 | $1,459,072.36 |
| 08/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2,429.30 | $1,456,643.06 |
| 09/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2,273.68 | $1,454,369.38 |
| | | | **SUBTOTALS** | | $451.15 | $222,806.30 | |

**FORM 2**
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 14-05553-LA7 | Trustee Name: Leonard J. Ackerman |
| Case Name: | RENO WILSON, INC. | Bank Name: Integrity Bank |
| Primary Taxpayer ID #: | **-***5991 | Checking Acct #: ******5553 |
| Co-Debtor Taxpayer ID #: | | Account Title: |
| For Period Beginning: | 7/11/2014 | Blanket bond (per case limit): $6,500,000.00 |
| For Period Ending: | 1/6/2017 | Separate bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 10/21/2015 | 1012 | FOLEY & LARDNER LLP | PURSUANT TO ORDER BK DKT NO 224 | * | | $57,591.13 | $1,396,778.25 |
| | | | PURSUANT TO ORDER $(57,087.00) BK DKT NO 224 | 3210-000 | | | $1,396,778.25 |
| | | | PURSUANT TO ORDER $(504.13) BK DKT NO 224 | 3220-000 | | | $1,396,778.25 |
| 10/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2,336.81 | $1,394,441.44 |
| 11/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2,176.59 | $1,392,264.85 |
| 12/17/2015 | 1013 | International Sureties, LTD | BOND PAYMENT FOR 2016, BOND NUMBER 016067656 | 2300-000 | | $717.78 | $1,391,547.07 |
| 12/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2,245.56 | $1,389,301.51 |
| 01/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2,240.85 | $1,387,060.66 |
| 02/18/2016 | 1014 | Franchise   Tax Board | Reference "12/2016 100-ES CA# 2039232" | 2820-000 | | $800.00 | $1,386,260.66 |
| 02/29/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2,092.60 | $1,384,168.06 |
| 03/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2,232.58 | $1,381,935.48 |
| 04/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2,157.07 | $1,379,778.41 |
| 05/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2,225.49 | $1,377,552.92 |
| 08/08/2016 | 1015 | FOLEY & LARDNER LLP | Order entered on 08/03/16 approving fees and expenses | * | | $54,932.38 | $1,322,620.54 |
| | | | Foley & Ladner, LLP $(54,772.50) (Fees) | 3210-000 | | | $1,322,620.54 |
| | | | Foley & Lardner LLP $(159.88) (Expenses) | 3220-000 | | | $1,322,620.54 |
| 08/08/2016 | 1016 | R. Dean  Johnson | Order entered on 08/3/16 approving fees and expenses | * | | $18,501.37 | $1,304,119.17 |
| | | | R. Dean Johnson (Fees) $(17,820.00) | 3410-000 | | | $1,304,119.17 |
| | | | R. Dean Johnson (Expenses) $(681.37) | 3420-000 | | | $1,304,119.17 |
| 08/09/2016 | 1017 | R. Dean  Johnson | Up to fee award | 3410-000 | | $1,000.00 | $1,303,119.17 |
| 08/11/2016 | 1018 | FOLEY & LARDNER LLP | Up to fee award | 3210-000 | | $5,000.00 | $1,298,119.17 |
| 08/23/2016 | 1015 | STOP PAYMENT: FOLEY & LARDNER LLP | Order entered on 08/03/16 approving fees and expenses | * | | ($54,932.38) | $1,353,051.55 |
| | | | Foley & Ladner, LLP $54,772.50 (Fees) | 3210-004 | | | $1,353,051.55 |
| | | | Foley & Lardner LLP $159.88 (Expenses) | 3220-004 | | | $1,353,051.55 |
| 08/23/2016 | 1019 | FOLEY & LARDNER LLP | Order entered on 08/03/16 approving fees and expenses | * | | $54,932.38 | $1,298,119.17 |
| | | | Foley & Ladner, LLP $(54,772.50) (Fees) | 3210-000 | | | $1,298,119.17 |
| | | | Foley & Lardner LLP $(159.88) (Expenses) | 3220-000 | | | $1,298,119.17 |
| 09/06/2016 | 1020 | Leonard J. Ackerman | Trustee Compensation | 2100-000 | | $76,528.43 | $1,221,590.74 |
| 09/06/2016 | 1021 | Leonard J. Ackerman | Trustee Expenses | 2200-000 | | $50.25 | $1,221,540.49 |

|  |  |  | SUBTOTALS | | $0.00 | $232,828.89 | |

**FORM 2**
## CASH RECEIPTS AND DISBURSEMENTS RECORD
Exhibit 9

| Case No. | 14-05553-LA7 | Trustee Name: | Leonard J. Ackerman |
|---|---|---|---|
| Case Name: | RENO WILSON, INC. | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***5991 | Checking Acct #: | ******5553 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 7/11/2014 | Blanket bond (per case limit): | $6,500,000.00 |
| For Period Ending: | 1/6/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/06/2016 | 1022 | INTERNAL REVENUE SERVICE-EMPLYR TX | Form 941 3d qtr 2016 EIN 33-0805991 | 5800-000 | | $9,406.21 | $1,212,134.28 |
| 09/06/2016 | 1023 | INTERNAL REVENUE SERVICE-FUTA | Form 940 2016 EIN 33-0805991 | 5800-000 | | $168.00 | $1,211,966.28 |
| 09/06/2016 | 1024 | STATE OF CALIFORNIA | Form DE9 3d Qtr 2016 a/c 416 2282 0 | 5800-000 | | $434.00 | $1,211,532.28 |
| 09/06/2016 | 1025 | AJLE4, LLC | 1ST INSTALLMENT Account Number: ; Amount Allowed: 1,173.60; Claim #: 1; | 5800-000 | | $1,173.60 | $1,210,358.68 |
| 09/06/2016 | 1026 | Internal Revenue Service | Form 941 3d qtr 2016 EIN 33-0805991 | 5800-000 | | $31,277.31 | $1,179,081.37 |
| 09/06/2016 | 1027 | State of California-EDD | Form DE9 3d Qtr 2016 a/c 416 2282 0 | 5800-000 | | $10,333.63 | $1,168,747.74 |
| 09/06/2016 | 1028 | FRANCHISE TAX BOARD | 1ST INSTALLMENT Account Number: ; Amount Allowed: 17.07; Claim #: 11; | 5800-000 | | $17.07 | $1,168,730.67 |
| 09/06/2016 | 1029 | Internal Revenue Service | 1ST INSTALLMENT Account Number: ; Amount Allowed: 345.51; Claim #: 28; | 5800-000 | | $345.51 | $1,168,385.16 |
| 09/06/2016 | 1030 | Mike Di Anna | 1ST INSTALLMENT Account Number: ; Amount Allowed: 100,403.46; Claim #: 9; | 5300-000 | | $100,403.46 | $1,067,981.70 |
| 09/06/2016 | 1031 | John and Christina Ek Family Trust | 1ST INSTALLMENT Account Number: ; Amount Allowed: 271,931.00; Claim #: 5; | 7100-000 | | $271,931.00 | $796,050.70 |
| 09/06/2016 | 1032 | MOTO GROUP | 1ST INSTALLMENT Account Number: ; Amount Allowed: 4,444.15; Claim #: 6; | 7100-000 | | $4,444.15 | $791,606.55 |
| 09/06/2016 | 1033 | James Di Anna | 1ST INSTALLMENT Account Number: ; Amount Allowed: 25,000.00; Claim #: 8; | 7100-000 | | $25,000.00 | $766,606.55 |
| 09/06/2016 | 1034 | Mike Di Anna (Reimbursement) | 1ST INSTALLMENT Account Number: ; Amount Allowed: 7,985.60; Claim #: 9; | 7100-000 | | $7,985.60 | $758,620.95 |
| 09/06/2016 | 1035 | Voyager Imports LLC | 1ST INSTALLMENT Account Number: ; Amount Allowed: 6,605.56; Claim #: 10; | 7100-000 | | $6,605.56 | $752,015.39 |
| 09/06/2016 | 1036 | FRANCHISE TAX BOARD | 1ST INSTALLMENT Account Number: ; Amount Allowed: 250.00; Claim #: 11; | 7100-000 | | $250.00 | $751,765.39 |
| 09/06/2016 | 1037 | George Moulios | 1ST INSTALLMENT Account Number: ; Amount Allowed: 75,000.00; Claim #: 12; | 7100-000 | | $75,000.00 | $676,765.39 |
| 09/06/2016 | 1038 | Daniel Fefferman | 1ST INSTALLMENT Account Number: ; Amount Allowed: 7,065.72; Claim #: 13; | 7100-000 | | $7,065.72 | $669,699.67 |
| 09/06/2016 | 1039 | MOTO GROUP | 1ST INSTALLMENT Account Number: ; Amount Allowed: 18,880.03; Claim #: 14; | 7100-000 | | $18,880.03 | $650,819.64 |
| 09/06/2016 | 1040 | Moto Group | 1ST INSTALLMENT Account Number: ; Amount Allowed: 206,052.38; Claim #: 16; | 7100-000 | | $206,052.38 | $444,767.26 |
| 09/06/2016 | 1041 | Barry Fefferman | 1ST INSTALLMENT Account Number: ; Amount Allowed: 14,970.00; Claim #: 18; | 7100-000 | | $14,970.00 | $429,797.26 |
| | | | **SUBTOTALS** | | $0.00 | $791,743.23 | |

**FORM 2**

Exhibit 9

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 14-05553-LA7 | |
| Case Name: | RENO WILSON, INC. | |
| Primary Taxpayer ID #: | **-***5991 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 7/11/2014 | |
| For Period Ending: | 1/6/2017 | |

| | |
|---|---|
| Trustee Name: | Leonard J. Ackerman |
| Bank Name: | Integrity Bank |
| Checking Acct #: | ******5553 |
| Account Title: | |
| Blanket bond (per case limit): | $6,500,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/06/2016 | 1042 | Nancy Wolf, Trustee on behalf of BK Estate of | 1ST INSTALLMENT Account Number: ; Amount Allowed: 70,000.00; Claim #: 20; | 7100-000 | | $70,000.00 | $359,797.26 |
| 09/06/2016 | 1043 | LA Giardiniera SRL | 1ST INSTALLMENT Account Number: ; Amount Allowed: 3,628.59; Claim #: 23; | 7100-000 | | $3,628.59 | $356,168.67 |
| 09/06/2016 | 1044 | C&H West Merchandising, Inc. | 1ST INSTALLMENT Account Number: ; Amount Allowed: 237,445.77; Claim #: 17; | 7400-000 | | $237,445.77 | $118,722.90 |
| 09/06/2016 | 1045 | Dan Kloiber | 1ST INSTALLMENT Account Number: ; Amount Allowed: 59,361.45; Claim #: 21; | 7400-000 | | $59,361.45 | $59,361.45 |
| 09/06/2016 | 1046 | Kloiber Holdings, Inc. | 1ST INSTALLMENT Account Number: ; Amount Allowed: 59,361.45; Claim #: 22; | 7400-000 | | $59,361.45 | $0.00 |

|  | | |
|---|---|---|
| TOTALS: | $1,975,947.58 | $1,975,947.58 | $0.00 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| Subtotal | $1,975,947.58 | $1,975,947.58 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $1,975,947.58 | $1,975,947.58 | |

**For the period of 7/11/2014 to 1/6/2017**

| | |
|---|---|
| Total Compensable Receipts: | $1,775,947.58 |
| Total Non-Compensable Receipts: | $200,000.00 |
| Total Comp/Non Comp Receipts: | $1,975,947.58 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,775,947.58 |
| Total Non-Compensable Disbursements: | $200,000.00 |
| Total Comp/Non Comp Disbursements: | $1,975,947.58 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 08/14/2014 to 1/6/2017**

| | |
|---|---|
| Total Compensable Receipts: | $1,775,947.58 |
| Total Non-Compensable Receipts: | $200,000.00 |
| Total Comp/Non Comp Receipts: | $1,975,947.58 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,775,947.58 |
| Total Non-Compensable Disbursements: | $200,000.00 |
| Total Comp/Non Comp Disbursements: | $1,975,947.58 |
| Total Internal/Transfer Disbursements: | $0.00 |

**Page No. 6**
Exhibit 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-05553-LA7 | Trustee Name: | Leonard J. Ackerman |
|---|---|---|---|
| Case Name: | RENO WILSON, INC. | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***5991 | Checking Acct #: | ******5553 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 7/11/2014 | Blanket bond (per case limit): | $6,500,000.00 |
| For Period Ending: | 1/6/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|---|---|
| | | | | $1,975,947.58 | $1,975,947.58 | $0.00 |

**For the period of 7/11/2014 to 1/6/2017**

| | |
|---|---|
| Total Compensable Receipts: | $1,775,947.58 |
| Total Non-Compensable Receipts: | $200,000.00 |
| Total Comp/Non Comp Receipts: | $1,975,947.58 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,775,947.58 |
| Total Non-Compensable Disbursements: | $200,000.00 |
| Total Comp/Non Comp Disbursements: | $1,975,947.58 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between  07/11/2014 to 1/6/2017**

| | |
|---|---|
| Total Compensable Receipts: | $1,775,947.58 |
| Total Non-Compensable Receipts: | $200,000.00 |
| Total Comp/Non Comp Receipts: | $1,975,947.58 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,775,947.58 |
| Total Non-Compensable Disbursements: | $200,000.00 |
| Total Comp/Non Comp Disbursements: | $1,975,947.58 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ LEONARD J. ACKERMAN

LEONARD J. ACKERMAN